11/19/18 4:34PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **KING PUTT, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ___
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___     X _/s/ Jeffrey Swanlund_
                        Signature of individual signing on behalf of debtor

**JEFFREY SWANLUND**
Printed name

**MANAGER**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | KING PUTT, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ 735,500.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ 735,500.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............... $ 543,822.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................. $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 737,853.57

4. **Total liabilities** ............................................................................................
   Lines 2 + 3a + 3b   $ 1,281,675.57

Fill in this information to identify the case:

Debtor name: **KING PUTT, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank Checking Ending in 0721 | Checking | | $0.00 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**    $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:  Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:  Accounts receivable**

10. Does the debtor have any accounts receivable?

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:  Investments**

13. Does the debtor own any investments?

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **KING PUTT, LLC**  Case number *(If known)* _____
           Name

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | Aircraft and accessories | | | |
| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
| | Climbing Walls | Unknown | | $175,000.00 |
| | 24 Laser Tag Vest | $0.00 | | $90,000.00 |
| | 24 Electric Go-Karts | $0.00 | | $250,000.00 |
| | Mini Golf Sculptures | $0.00 | | $75,000.00 |
| | 48 Restaurant Booths | $0.00 | | $45,000.00 |
| | 4 Deck Electric Pizza Oven | $0.00 | | $52,000.00 |
| | 3 Stainless Steel Tables | $0.00 | | $1,200.00 |

Debtor **KING PUTT, LLC**  
Name

Case number *(If known)*

| Item | | |
|---|---|---|
| 3 Bin Sinks | $0.00 | $800.00 |
| 2 Fryers | $0.00 | $1,800.00 |
| 2 True Refrigerator Sandwich Prep Tables | $0.00 | $3,000.00 |
| True Three Door Refrigerator | $0.00 | $3,000.00 |
| True 2 Door Refirgerator | $0.00 | $2,000.00 |
| True 2 Door Freezer | $0.00 | $2,000.00 |
| 2 Metro Storage Racks | $0.00 | $300.00 |
| Microwave | $0.00 | $200.00 |
| Kitchen Utinsels | $0.00 | $300.00 |
| Hobart Dough Mixer | $0.00 | $12,000.00 |
| Mini-Golf Supplies | $0.00 | $2,000.00 |
| Miscellaneous Tools | $0.00 | $500.00 |
| LED Theatre Lighting Fixtures | $0.00 | $8,000.00 |
| Safe | $0.00 | $600.00 |
| 4 Computers | $0.00 | $2,000.00 |
| 4 Ipads | $0.00 | $800.00 |
| 4 Point of Sale Kiosks | $0.00 | $8,000.00 |

51. **Total of Part 8.**                              **$735,500.00**
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 3
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **KING PUTT, LLC**  
        Name

Case number *(If known)*

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.  
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.  
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**  
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.  
☐ Yes Fill in the information below.

Debtor    **KING PUTT, LLC**    Case number *(If known)*
          Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $735,500.00 | |
| 88. Real property. *Copy line 56, Part 9*...........................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $735,500.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $735,500.00 |

**Fill in this information to identify the case:**

Debtor name: **KING PUTT, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Firestone Financial**<br>Creditor's Name<br>117 Kendrick Street #200<br>Needham Heights, MA 02494<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**June 2017**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**24 Electric Go-Karts**<br><br><br>Describe the lien<br>**Business Loan**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $483,086.00 | $250,000.00 |
| **2.2 M2 Finance**<br>Creditor's Name<br>175 North Patrick Boulevard #140<br>Brookfield, WI 53045<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**April 2017**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**4 Deck Electric Pizza Oven, Booths, Tables**<br><br><br>Describe the lien<br>**Business Loan**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $60,736.00 | $52,000.00 |

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

| Debtor | **KING PUTT, LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $543,822.00

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **KING PUTT, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Clark County Assessor**<br>**P. O. Box 561401**<br>**Las Vegas, NV 89156**<br><br>Date or dates debt was incurred<br>**2018**<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Taxation/Licensing**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | Unknown | Unknown |
| 2.2 | Priority creditor's name and mailing address<br>**Nevada Department of Taxation**<br>**Bankruptcy Section**<br>**655 East Washington**<br>**Suite 1300**<br>**Las Vegas, NV 89101**<br><br>Date or dates debt was incurred<br>**2018**<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Taxation/Licensing**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | Unknown | Unknown |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **KING PUTT, LLC**  
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>A Storage on Wheels<br>5085 Cecile Avenue<br>Las Vegas, NV 89115<br>Date(s) debt was incurred  2018<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $250.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>American Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000<br>Date(s) debt was incurred  2017<br>Last 4 digits of account number  4007 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit card purchases**<br>Is the claim subject to offset? ■ No ☐ Yes | $43,562.58 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>American Express<br>P.O. Box 981537<br>El Paso, TX 79998<br>Date(s) debt was incurred  2018<br>Last 4 digits of account number  1000 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit card purchases**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>American Express<br>P.O. Box 981537<br>El Paso, TX 79998<br>Date(s) debt was incurred  2018<br>Last 4 digits of account number  3001 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit card purchases**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Bank of America<br>P.O. Box 982234<br>El Paso, TX 79998<br>Date(s) debt was incurred  2017<br>Last 4 digits of account number  5415 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit card purchases**<br>Is the claim subject to offset? ■ No ☐ Yes | $14,596.00 |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>Brendan Taylor<br>2261 Nashville Avenue<br>Henderson, NV 89052<br>Date(s) debt was incurred  June 2017<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Loan / Note**<br>Is the claim subject to offset? ■ No ☐ Yes | $20,000.00 |
| **3.7** | **Nonpriority creditor's name and mailing address**<br>Bryan Taylor<br>2419 Ave O<br>Galveston, TX 77550<br>Date(s) debt was incurred  June 2017<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Loan / Note**<br>Is the claim subject to offset? ■ No ☐ Yes | $4,834.60 |

Debtor   KING PUTT, LLC                                         Case number (if known)
         Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $911.35 |
|---|---|---|---|
| | Capital One<br>PO Box 60599<br>City Of Industry, CA 91716-0599 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2018<br>Last 4 digits of account number 0037 | Basis for the claim: Credit card purchases<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,251.67 |
|---|---|---|---|
| | Capital One<br>PO Box 60599<br>City Of Industry, CA 91716-0599 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2018<br>Last 4 digits of account number 5855 | Basis for the claim: Credit card purchases<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,580.00 |
|---|---|---|---|
| | Chase<br>P.O. Box 6294<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2018<br>Last 4 digits of account number 7289 | Basis for the claim: Credit card purchases<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|
| | Courtney Taylor<br>595 South Green Valley Parkway<br>#1111<br>Henderson, NV 89012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred November 2017<br>Last 4 digits of account number | Basis for the claim: Business Loan / Note<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | M2 Lease Funds, LLC<br>175 North Patrick Boulevard<br>Suite 140<br>Brookfield, WI 53045 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred April 2017<br>Last 4 digits of account number | Basis for the claim: Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330,000.00 |
|---|---|---|---|
| | Marshall Taylor<br>285 Bellefontaine Street<br>Pasadena, CA 91105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2017<br>Last 4 digits of account number | Basis for the claim: Business Loan / Note<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,502.00 |
|---|---|---|---|
| | Mike Schaus<br>175 Warren Avenue<br>#2<br>Morgan Hill, CA 95037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred June 2017<br>Last 4 digits of account number | Basis for the claim: Business Loan / Note<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **KING PUTT, LLC**                                               Case number (if known)
         Name

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Patrick Johnson<br>974 Upper Meadows Place<br>Henderson, NV 89052<br><br>Date(s) debt was incurred  **June 2017**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Loan / Note**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$50,000.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Semnox<br>11498 Luna Road<br>#200<br>Dallas, TX 75234<br><br>Date(s) debt was incurred  **November 2017**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$24,000.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Southern Glazer's Wine and Spirits<br>P.O. Box 19299<br>Las Vegas, NV 89132<br><br>Date(s) debt was incurred  **2018**<br>Last 4 digits of account number  **0000** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$347.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Southwest Gas Corporation<br>P. O. Box 98890<br>Las Vegas, NV 89193-8890<br><br>Date(s) debt was incurred  **2018**<br>Last 4 digits of account number  **8005** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Time Payment<br>1600 District Avenue<br>#200<br>Burlington, MA 01803<br><br>Date(s) debt was incurred  **June 2017**<br>Last 4 digits of account number  **7488** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Equipment Lease**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$31,326.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Travelers Insurance<br>P.O. Box 660317<br>Dallas, TX 75266<br><br>Date(s) debt was incurred  **2018**<br>Last 4 digits of account number  **7621** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>U.S. Bank REI Card<br>P.O. Box 6335<br>Fargo, ND 58125<br><br>Date(s) debt was incurred  **2018**<br>Last 4 digits of account number  **4520** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Credit card purchases**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$19,235.11** |

Debtor  **KING PUTT, LLC**                                           Case number (if known) _____
        _____
        Name

| 3.22 | Nonpriority creditor's name and mailing address<br>**Wells Fargo Business Card**<br>**P.O. Box 29482**<br>**Phoenix, AZ 85038-8650**<br>Date(s) debt was incurred  **2017**<br>Last 4 digits of account number  **9773** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Credit card purchases**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $18,158.93 |
|---|---|---|
| 3.23 | Nonpriority creditor's name and mailing address<br>**Wells Fargo Businessline**<br>**P.O. Box 29482**<br>**Phoenix, AZ 85038-8650**<br>Date(s) debt was incurred  **2017**<br>Last 4 digits of account number  **3034** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Loan**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $50,826.73 |
| 3.24 | Nonpriority creditor's name and mailing address<br>**Wells Fargo Credit**<br>**P.O. Box 29482**<br>**Phoenix, AZ 85038**<br>Date(s) debt was incurred  **2017**<br>Last 4 digits of account number  **4601** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Credit card purchases**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $23,637.00 |
| 3.25 | Nonpriority creditor's name and mailing address<br>**William Taylor**<br>**2419 Ave O**<br>**Galveston, TX 77550**<br>Date(s) debt was incurred  **June 2017**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Loan / Note**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,834.60 |

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 737,853.57 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. $ | 737,853.57 |

Fill in this information to identify the case:

Debtor name: **KING PUTT, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | |
| | State the term remaining | 45 months | M2 Lease Funds, LLC<br>175 North Patrick Boulevard<br>Suite 140<br>Brookfield, WI 53045 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Location Lease | |
| | State the term remaining | | Sansone<br>2580 St. Rose Pkwy #125<br>Henderson, NV 89074 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | Semnox<br>11498 Luna Road<br>#200<br>Dallas, TX 75234 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | |
| | State the term remaining | 45 month | Time Payment<br>1600 District Avenue<br>#200<br>Burlington, MA 01803 |
| | List the contract number of any government contract | | |

Official Form 206G  Schedule G: Executory Contracts and Unexpired Leases  Page 1 of 1
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | KING PUTT, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                         *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | Wells Fargo Business Card | ☐ D ____<br>☑ E/F  3.22<br>☐ G ____ |
| 2.2 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | Wells Fargo Businessline | ☐ D ____<br>☑ E/F  3.23<br>☐ G ____ |
| 2.3 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | M2 Lease Funds, LLC | ☐ D ____<br>☑ E/F  3.12<br>☐ G ____ |
| 2.4 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | Time Payment | ☐ D ____<br>☑ E/F  3.19<br>☐ G ____ |
| 2.5 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | Firestone Financial | ☑ D  2.1<br>☐ E/F ____<br>☐ G ____ |

Debtor  KING PUTT, LLC                                    Case number (if known) _____

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
*Column 1:* Codebtor                                        *Column 2:* Creditor

| 2.6 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | Capital One | ☐ D ____<br>■ E/F  3.8<br>☐ G ____ |
|---|---|---|---|---|
| 2.7 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | Capital One | ☐ D ____<br>■ E/F  3.9<br>☐ G ____ |
| 2.8 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | American Express | ☐ D ____<br>■ E/F  3.2<br>☐ G ____ |
| 2.9 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | Bank of America | ☐ D ____<br>■ E/F  3.5<br>☐ G ____ |
| 2.10 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | Chase | ☐ D ____<br>■ E/F  3.10<br>☐ G ____ |
| 2.11 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | Wells Fargo Credit | ☐ D ____<br>■ E/F  3.24<br>☐ G ____ |
| 2.12 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | U.S. Bank REI Card | ☐ D ____<br>■ E/F  3.21<br>☐ G ____ |
| 2.13 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | M2 Finance | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |

Debtor   **KING PUTT, LLC**                                             Case number (if known)

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.14 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | Southwest Gas Corporation | ☐ D<br>■ E/F   3.18<br>☐ G | |
| 2.15 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | Nevada Department of Taxation | ☐ D<br>■ E/F   2.2<br>☐ G | |
| 2.16 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | Southern Glazer's Wine and Spirits | ☐ D<br>■ E/F   3.17<br>☐ G | |
| 2.17 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | A Storage on Wheels | ☐ D<br>■ E/F   3.1<br>☐ G | |
| 2.18 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | Clark County Assessor | ☐ D<br>■ E/F   2.1<br>☐ G | |
| 2.19 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | Semnox | ☐ D<br>■ E/F   3.16<br>☐ G | |
| 2.20 | Jeffrey Swanlund | 3106 CERONE COURT<br>LAS VEGAS, NV 89141 | Travelers Insurance | ☐ D<br>■ E/F   3.20<br>☐ G | |
| 2.21 | Jeffrey Swanlund | 31 CERONE COURT<br>LAS VEGAS, NV 89141 | M2 Lease Funds, LLC | ☐ D<br>☐ E/F<br>■ G   2.1 | |

| Debtor | KING PUTT, LLC | Case number (if known) | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**         Column 2: **Creditor**

| 2.22 | Jeffrey Swanlund | 31 CERONE COURT<br>LAS VEGAS, NV 89141 | Time Payment | ☐ D _____<br>☐ E/F _____<br>■ G   2.4 |
|---|---|---|---|---|